UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE ROBERTS; MINOR CHILD,<br><br>                Plaintiff,<br><br>                -against-<br><br>WESTCHESTER COUNTY DEPT. OF SOCIAL SERVICES; WESTCHESTER COUNTY POLICE; WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS; WESTCHESTER COMMUNITY MENTAL HEALTH; SECTION 8 HOUSING CVR; THE GUIDANCE CENTER OF WESTCHESTER; WESTCHESTER MANAGEMENT/HUGUENOT COURT LLC; MT. VERNON POLICE DEPARTMENT; YONKERS POLICE DEPARTMENT; NEW ROCHELLE POLICE DEPARTMENT; WHITE PLAINS POLICE DEPARTMENT; WHITE PLAINS HOSPITAL; WESTCHESTER COMMUNITY COLLEGE; LEGAL SERVICES OF THE HUDSON VALLEY; U.S. POST OFFICE,<br><br>              Defendants. | 20-CV-8409 (LTS)<br><br>CIVIL JUDGMENT |

       By order issued June 29, 2021, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff sixty days' leave to replead valid municipal liability claims in a second amended complaint. Plaintiff has not filed a second amended complaint.

       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 20, 2021
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge